IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GAIL SHEPHARD, as personal representative of the Estate of Marlene Staigmiller,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC., et al.,<br><br>Defendants. | CV 20–119–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal of certain claims,

IT IS ORDERED that the stipulation (Doc. 34) is ADOPTED. Only the following claims remain pending in the case:

Count I: Negligent Design Defect;

Count V: Strict Liability – Design Defect;

Count XIV: Gross Negligence – Design;

Count XVII: Punitive Damages; and

Count XVIII: Discovery Rule and Tolling.

1

IT IS FURTHER ORDERED that Defendants' motion for partial summary judgment (Docs. 39, 40, 2:14-cv-28539 (S.D.W.V)) is DENIED as MOOT.

DATED this 27th day of October, 2020.

_____
Donald W. Molloy, District Judge
United States District Court