# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| GAIL SHEPHARD, as personal representative of the Estate of Marlene Staigmiller,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC., et al.,<br><br>Defendants. | CV 20–119–M–DWM<br><br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The December 13, 2021 jury trial is VACATED.

DATED this 14th day of July, 2021.

Donald W. Molloy, District Judge
United States District Court